JONES, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Nellie Van Cott Jones against the Interurban Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.